IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-CR-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN EUGENE DOWIE, | ) | |
| | ) | |
| Defendant. | ) | |

The government resists defendant's motion to modify (Doc. 66).  Defendant

states nothing that should alter the Court's prior decisions.  Further, defendant's

guidelines range is 70 to 87 months' imprisonment, and he may receive treatment if

appropriate in the Bureau of Prisons.  PSR (Doc. 61), at ¶ 160.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 – fax
Tim.Vavricek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023 I
electronically filed the foregoing with the
Clerk of Court using the ECF system.

UNITED STATES ATTORNEY

BY: */s/ TLV*